OPINION — AG — ** SALARY OF DISTRICT JUDGE — PAYMENT ** YOU SHOULD NOT ACCEPT THE TENDERED PAYMENT OF A SUM OF MONEY WHICH WOULD BE " SIX MONTHS IN ADVANCE " (FIGURED AT 4% OF THE MONTHLY SALARY) FROM A JUDGE WHO HAS NOT FILED AN ELECTION TO BECOME A " SUPERNUMERARY JUDGE ". (SALARY, QUALIFICATION, STATE TREASURER) CITE: 20 O.S. 922 [20-922], 20 O.S. 924 [20-924] (JAMES P. GARRETT)